IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

**CLIFFORD JACKSON FAIRFAX,**

    **Plaintiff,**

vs.                                                                                          CASE NO. 4:04CV429-MMP/AK

**LARRY CAMPBELL, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

    In an order dated December 29, 2004, Plaintiff was directed to file an amended complaint by January 31, 2005. (Doc.15). After two extensions of time were granted to Plaintiff to comply with this order (docs. 17, 18, 21, and 22), a show cause was entered directing him to respond on or before August 19, 2005. (Doc. 24). Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 24). This Order was returned as undeliverable because Plaintiff was released on April 22, 2005, and left no forwarding address. (Doc. 25). Since that time there has been no further communication from the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court and did not advise the Court of his new address after he was released.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 1st Day of September, 2005.

_____s/A Kornblum_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK