IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFFORD JACKSON FAIRFAX,

    Plaintiff,

v.                                    CASE NO. 4:04-cv-00429-MP-AK

CARL BENNETT, LARRY CAMPBELL,
JANE DOE, JOHN DOE,
JACKIE MARTIN, LUIS MORENO,
KIMBERLY PETERSON,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 47, Motion Requesting Re-filing of Original § 1983 Civil Right Complaint by Clifford Jackson Fairfax. On October 6, 2005, plaintiff's complaint was dismissed without prejudice for failure to prosecute and failure to keep the Court informed of his release from incarceration. Since the dismissal was without prejudice, plaintiff may initiate a new case by re-filing his complaint with the Clerk of Court and paying the filing fee as required by Local Rule 5.1(E). To the extent plaintiff seeks to re-open the instant case, his motion is DENIED.

    **DONE AND ORDERED** this 7th day of December, 2011.

                                                 *s/ Gary R. Jones*
                                                 GARY R. JONES
                                                 United States Magistrate Judge